# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff;** | ) |
| | ) |
| v. | ) Case No. 23-CR-00070 (CJN) |
| | ) |
| **JESSE JAMES RUMSON,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF WITHDRAWAL

The Office of the Federal Public Defender, informs the Court that Assistant Federal Public Defender Kathryn D'Adamo Guevara, is terminating her appearance as counsel for Jesse James Rumson on the record in this matter. Attorney John Pierce entered his appearance on March 23, 2023 as counsel for Mr. Rumson.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____

Kathryn D'Adamo Guevara
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500