UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-00070-CJN |
| | : | |
| JESSE JAMES RUMSON, | : | |
| | : | |
| Defendant. | : | |

### MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States has attempted to reach counsel for the Defendant multiple times to obtain consent, but, to date, has not heard back. However, because this motion has not been opposed in other of defense counsel's January 6-related cases, the United States does not anticipate that this motion will be opposed.

\*   \*   \*

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                                             Respectfully submitted,

                                             MATTHEW M. GRAVES
                                             UNITED STATES ATTORNEY
                                             D.C. Bar Number 481052

By:    */s/ Samantha R. Miller*
          SAMANTHA R. MILLER
          Assistant United States Attorney
          New York Bar No. 5342175
          United States Attorney's Office
          For the District of Columbia
          601 D Street, NW 20530
          Samantha.Miller@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-cr-00070-CJN |
| | : | |
| **JESSE JAMES RUMSON,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e), and it is further

ORDERED, that the United States may provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery, and it is further

ORDERED, that this Order also applies to the disclosure of the materials described above to any co-defendants who may later be joined.

Date: _____

HONORABLE CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE