UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-00070-CJN |
| | : | |
| JESSE JAMES RUMSON, | : | |
| | : | |
| Defendant. | : | |

DEFENDANT'S STATEMENT REGARDING UNITED STATES' MOTION ECF #16

The Defendant, Jesse Rumson, by and through counsel, does not oppose the United States' motion for an order to disclose (ECF 16).

| | |
|---|---|
| Date: May 30, 2023 | Respectfully Submitted,<br>*/s/ John M. Pierce*<br>John M. Pierce<br>21550 Oxnard Street<br>3rd Floor, PMB #172<br>Woodland Hills, CA 91367<br>Tel: (213) 400-0725<br>Email:jpierce@johnpiercelaw.com<br>Attorney for Defendant |

CERTIFICATE OF SERVICE

I hereby certify that, on May 30, 2023, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ *John M. Pierce*
John M. Pierce