UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 23-CR-70 (CJN) |
| v. | : | |
| | : | |
| JESSE JAMES RUMSON, | : | |
| | : | |
| | : | |
| Defendants. | : | |

NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Sean P. McCauley is entering his appearance in the above-captioned matter as co-counsel for the United States.

Respectfully submitted,

DATED: June 1, 2023

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   *s/ Sean P. McCauley*
SEAN P. McCAULEY
Assistant United States Attorney
New York Bar No. 5600523
United States Attorney's Office
For the District of Columbia
601 D. Street, NW
Washington, DC 20530
Sean.McCauley@usdoj.gov