## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JESSE JAMES RUMSON<br><br>Defendant. | Criminal No. 1:23−cr−00070−CJN−1 |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Admission *Pro Hac Vice* of Roger Roots, it is hereby ORDERED that the Motion is GRANTED. Roger Roots is admitted *pro hac vice* and may appear on behalf of Defendant Jesse James Rumson, in the above-captioned matter.

Dated: _____, 2022

_____
United States District Judge