

# Supreme Court of Rhode Island
## Providence

*This Certifies that*

# Roger Roots
## of Providence, RI

is an Attorney and Counselor of the Supreme Court of the State of Rhode Island, and as such was on the 3rd day of June, 2003 admitted to practice in all the courts of said state as appears of record in the Office of the Clerk of the Supreme Court and is in good standing and qualified to practice in said courts.

Given under our hands and the seal of said Supreme Court at Providence this the 22nd day of June, 2023.

*Debra A Saunders*
Clerk