UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-00070-CJN |
| | : | |
| JESSE JAMES RUMSON, | : | |
| | : | |
| Defendant. | : | |

## UNITED STATES' NOTICE OF AUTHORITY REGARDING ECF Nos. 18 & 23

The United States of America hereby respectfully files this Notice of Authority regarding ECF Nos. 18 & 23, the two Motions to Appear Pro Hac Vice filed in this case by defense counsel John Pierce on behalf of Roger Roots. Attached hereto as Exhibits A, B, and C are three decisions that may bear on the Court's consideration of the Motions, which include: (1) a June 19, 2023 Order by Judge Bates in *United States v. Lesperance*, Case No. 23-cr-00575 (JDB) (ECF No. 70), addressing a *pro hac vice* application filed by Mr. Pierce on Mr. Roots's behalf; (2) a related June 29, 2023 Order by Judge Bates in *United States v. Lesperance*, Case No. 23-cr-00575 (JDB) (ECF No. 77); and, (3) a November 20, 2000 decision by the Rhode Island Supreme Court regarding Mr. Roots, *In re Roots*, 762 A.2d 1161, 1165 (R.I. 2000).[1]

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: */s/ Samantha R. Miller*
SAMANTHA R. MILLER

---

[1] Consistent with that court's opinion, Mr. Roots reapplied for admission to practice law in Rhode Island and was admitted to practice law there on June 6, 2003. *See* Roots, Roger, *Attorney Search*, Rhode Island Judiciary (available at http://rijrs.courts.ri.gov/rijrs/searchAttorney.do?subactionId=3&attorneyNumber=255213) (last accessed June 29, 2023).

Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20530
Samantha.Miller@usdoj.gov

SEAN P. MCCAULEY
Assistant United States Attorney
NY Bar No. 5600523
United States Attorney's Office
601 D Street NW
Washington, DC 20530
Sean.McCauley@usdoj.gov