**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 23-cr-00070-CJN** |
| | **:** | |
| **JESSE JAMES RUMSON,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**DEFENDANT'S RESPONSE TO PROPOSED SCHEDULING ORDER**

Pursuant to the Court's June 16, 2023 Minute Order, Defendant's Counsel hereby respectfully files this Notice agreeing to the Proposed Scheduling Order. Defendant's Counsel has been in trial in front of Judge Bates the preceding week and apologizes for the delay.

Date: July 15, 2023

Respectfully Submitted,
*/s/ John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email:jpierce@johnpiercelaw.com
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that, on July 15, 2023, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

*/s/ John M. Pierce*
John M. Pierce