UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 23-cr-00070-CJN |
| | : |
| JESSE JAMES RUMSON, | : |
| | : |
| Defendant. | : |

**DEFENDANT RUMSON'S MOTION TO COMPEL DISCOVERY**

**Request for Evidentiary and Demonstrative Hearing**

COMES NOW, Defendant, Jesse James Rumson, (hereinafter, "Defendant" or "Rumson"), by and through undersigned counsel, with this Motion to compel production of certain discovery.

To wit:

1. All Brady materials, of whatever source known or reasonably likely to be known, to the prosecution team and the FBI.

2. All videos and imagery of Rumson's time inside the Capitol on January 6. (Rumson reports that at some point on January 6, Rumson spoke to officers with his hands up and was then brutally beaten by officers despite being compliant.) If so this is Brady material, being withheld from Rumson by the government.

3. All evidence and information relating to the unnamed primary witness in this case, the person who is said to have identified and reported Rumson. The defense understands that this information will corroborate Rumson's account and be exculpatory. Additionally, the defense suspects the government is withholding or concealing the true nature of the "tip" from an unnamed "Montanan."

August 27, 2023                             **RESPECTFULLY SUBMITED**

John M. Pierce, Esq.
*Counsel for Defendant*

　　　*/s/ John Pierce*

JOHN PIERCE LAW P.C.
21550 Oxnard Street 3rd Floor, PMB #172
Woodland Hills, CA 91367
jpierce@johnpiercelaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this date my law firm is filing the foregoing with the Court by its ECF record-keeping and filing system, which automatically provides a copy to parties.

*/s/ John M. Pierce*