IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES OF AMERICA

    v.              Case No. 23-cr-00070-CJN

JESSE JAMES RUMSON,

  Defendant.

### DEFENDANT JESSE RUMSON'S MOTION FOR
### 10-DAY EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS

  COMES NOW the Defendant, Jesse Rumson, by and through his counsel of record John M. Pierce, with this motion for a 10-day extension of time to file his pre-trial motions.  Rumson's counsel just wrapped up a January 6th felony trial in federal district court.  Moreover, the U.S. House of Representatives just released the initial tranche of US Capitol Police CCTV footage from January 6 to the public.  *Subcommittee on Oversight releases USCP Video Public Access Policy*, UNITED STATES COMMITTEE ON HOUSE ADMINISTRATION, Nov. 17, 2023, https://cha.house.gov/2023/11/subcommittee-on-oversight-releases-uscp-video-public-access-policy.  Due to the release of the footage, Rumson's counsel and his team have been very busy with motions for including relevant clips in stipulated fact motions, evidentiary motions, and so on.  Finally, the team is also preparing for a different multi-defendant January 6th felony trial that commences on December 15th.  Things have been busy this season, but we have had numerous phone calls and emails with Rumson and want to solidify the handful of pre-trial motions we intend to file.  This extension will make the motions due on December 11, 2023.

Dated: December 1, 2023       Respectfully Submitted,

                */s/ John M. Pierce*
                John M. Pierce
                21550 Oxnard Street
                3rd Floor, PMB #172
                Woodland Hills, CA 91367
                Tel: (213) 400-0725
                Email: jpierce@johnpiercelaw.com

2

**CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, December 1, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce
