IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

      v.                                      Case No. 23-cr-00070-CJN

**JESSE JAMES RUMSON,**

    **Defendant.**

**DEFENDANT JESSE RUMSON'S UNOPPOSED MOTION FOR
A CONTINUANCE OF THE TRIAL DATE**

COMES NOW the Defendant, Jesse Rumson, by and through his counsel of record John M. Pierce, with this motion for a continuance of his trial date approximately 60 days from January 22, 2024 to March 18, 2024.  We have conferred with the government.  It does not oppose this motion and has indicated that March 18, 2024 is a date that works for its schedule.  Defendant is requesting this continuance because he has received a plea offer and would like to continue to consider and review it, as well as have further opportunity to review it with counsel.  Also, in light of additional January 6th video being made available, Defendants would like the opportunity to personally review that additional video in connection with the plea offer as well as in preparation for trial.  In addition, undersigned counsel continues to have an incredibly active trial schedule.  Aside from this trial currently set for January 22, 2024, in the next three months counsel has a misdemeanor trial set for January 8, 2024; a four-defendant felony trial set for February 12, 2024; a misdemeanor trial set for February 26, 2024; and a felony trial set for March 4, 2024.  In addition, counsel has a very important personal event set for early January that will involve cross-country travel of numerous family and friends.  In light of the January 8th trial that will occur a couple days after this event, it would be very helpful to have a few weeks between the January 8th trial and the February 12th trial both to attend to personal issues and to prepare for the February 12th trial. This is especially important due to the small size of counsel's law firm and the challenges involved in both conducting numerous trials while still attempting to manage critical administrative functions to maintain the operational viability of the firm to assure it can continue to represent its dozens of clients in both January 6th cases and other cases around the country.

Defendant agrees to exclude time under the Speedy Trial Act.

Dated: December 7, 2023                         Respectfully Submitted,

*/s/ John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com

**CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, December 7, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce