UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-cr-00070-CJN |
| : | |
| JESSE JAMES RUMSON, : | |
| : | |
| Defendant. : | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
SECOND MOTION REGARDING DISCOVERY

The United States of America hereby respectfully files this Response to the Defendant's most recent motion regarding discovery, this time styled as a Motion to Dismiss Based on Due Process Grounds.[1] ECF 43. Defendant's Motion baselessly accuses the government of "repeatedly ignor[ing] requests to provide footage" of Rumson's time inside the Capitol building and of "misle[ading] the grand jury by not providing the full story of the events on the day of the incident." ECF 43 at 1-2.[2] Again here, Defendant's Motion is frivolous and lacks any substantial factual basis to support its claims.

As the government's prior response regarding discovery made clear: (1) the government has provided to the defense all video footage and names of witnesses of which it is aware regarding

---

[1] Defendant's Motion was untimely and was filed ten days after the Court's December 1, 2023 deadline. On this basis alone, the Court should reject it.

[2] At least one other court in this District has stated, with respect to the same defense counsel, that routinely casting these kinds of aspersions on the government was "beginning to border on improper 'groundless accusation[s],'" which were "not welcome before this Court." *See United States v. L'Esperance*, 21-cr-00575 (JDB), ECF 86 at 5 n. 5 (citations omitted). That court then reminded counsel "that Local Criminal Rule 57.21(b)(6)(v) requires all counsel to familiarize themselves with the D.C. Bar Voluntary Standards for Civility in Professional Conduct. Those standards provide that attorneys 'will not bring the profession into disrepute by making unfounded accusations of impropriety or making ad hominem attacks on counsel, and, absent good cause, [attorneys] will not attribute bad motives or improper conduct to other counsel.'" *Id.* (citing D.C. Bar Voluntary Standards for Civility in Pro. Conduct ¶ 5).

the Defendant's time inside the Capitol building; (2) indeed, in response to the Defendant's July 2023 request for "all videos relating to Mr. Rumson's time inside the Capitol wherein he was handcuffed," the government timely replied to counsel noting as follows: "To date, we have found no such video footage. We believe this interaction occurred in an area inside the U.S. Capitol Building that does not have CCTV cameras. We have not located any open source videos of the same. If we find any, we will, of course, produce to you;" and (3) then, in August 2023, the government provided the defense with additional materials it had found relating to that Rumson's time inside the Capitol. *See* ECF 32 at 3-4 (detailing the government's various productions).

Since August 2023, the government has not found additional video evidence or been able to identify any additional percipient witnesses to the Defendant's time inside the Capitol, including when he was handcuffed. It will, of course, provide additional materials if and when it discovers them. The government has done the following, however: (1) re-produced *the entirety* of the discovery in the case, per defense counsel's request; and (2) timely responded to defense counsel's continued questions about discovery, including a December 5, 2023 inquiry regarding whether the defense has been provided with the "the map of all Capitol Police cameras" referenced in the government's recent motion *in limine,* ECF 34. Indeed, the government has provided these maps through global discovery, as well as detailed instructions on how to access those materials. As the maps make clear, no CCTV cameras existed in the hallway where the handcuffing took place.

For these reasons, the Defendant's new discovery motion is baseless, and must be denied.

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar Number 481052

By:    */s/ Samantha R. Miller*
    SAMANTHA R. MILLER
    Assistant United States Attorney

New York Bar No. 5342175
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20530
Samantha.Miller@usdoj.gov

SEAN P. MCCAULEY
Assistant United States Attorney
NY Bar No. 5600523
United States Attorney's Office
601 D Street NW
Washington, DC 20530
Sean.McCauley@usdoj.gov