AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cr-70 (CJN) |
| JESSE RUMSON | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT JESSE JAMES RUMSON.

Date: 12/20/2023

/s/ *Roger Roots*

Roger Roots Esq.
*Printed name and bar number*

John Pierce Law P.C.
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367

*Address*

RRoots@johnpiercelaw.com
*E-mail address*

(662) 665-1061
*Telephone number*

*FAX number*