**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | Case No.: 1:23-cr-070 (CJN) |
| § | |
| JESSE JAMES RUMSON § | |
| § | |

**NOTICE OF ATTORNEY APPEARANCE**

NOW COMES, Anthony F. Sabatini, and enters appearance as counsel for the Defendant in the above styled cause.

    Respectfully submitted.

    /s/ ANTHONY F. SABATINI
    FL Bar No. 1018163
    anthony@sabatinilegal.com
    SABATINI LAW FIRM, P.A.
    411 N DONNELLY ST, STE #313
    MOUNT DORA, FL 32757
    T: (352)-455-2928
    Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2024, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to all attorneys of record.

    /s/ Anthony F. Sabatini