# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 1:23-CR-70 (CJN) |
| : | |
| **JESSE JAMES RUMSON** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S REQUEST FOR A STATUS HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that this Court schedule a status hearing in the above captioned matter for March 12, 2024, or as soon thereafter as practicable. The government requests this status hearing to discuss whether new counsel should be appointed to this case six weeks before trial is scheduled to commence. The government also notes that Mr. Sabatini, Mr. Rumson's new counsel, filed a notice of appearance in *United States v. Westbury* on February 13, 2024, *see Westbury et al.*, 21-cr-605 (RC), ECF 158, when trial was scheduled to commence in that case on March 4, 2024.[1] Prior to Mr. Sabatini entering his notice of appearance in *Westbury*, the defendants had been represented by Mr. John Pierce and Mr. Roger Roots, who—until last Thursday—also represented Mr. Rumson in this case.

\*   \*   \*

---

[1] As of this filing, a new trial date has not been set in *Westbury*. A status hearing is scheduled for April 30, 2024.

                \*    \*    \*

                Respectfully submitted,
                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

By:    */s/ Samantha R. Miller*
                SAMANTHA R. MILLER
                Assistant United States Attorney
                New York Bar No. 5342175
                United States Attorney's Office
                For the District of Columbia
                601 D Street, NW 20530
                Samantha.Miller@usdoj.gov

                */s/ Sean P. McCauley*
                SEAN P. McCAULEY
                Assistant United States Attorney
                NY Bar No. 5600523
                United States Attorney's Office
                601 D Street NW
                Washington, DC 20530
                Sean.McCauley@usdoj.gov