**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | Case No.: 1:23-cr-070 (CJN) |
| JESSE JAMES RUMSON | § § § | |

## MOTION FOR CONTINUANCE OF TRIAL

Defendant, by and through his undersigned Attorney, files this Motion for Continuance of Trial and in support of the same respectfully states:

I.

Defendant's Counsel requests a continuance of the Trial, currently set for April 22, 2024.  Defendant's Counsel entered an appearance on this case on March 7, 2024 and needs additional time for investigation, motions, review of discovery, review of relevant video, locating witnesses, and preparation for trial.  Defendant requests a **90 day continuance**.  Opposing Counsel is opposed to this Motion.  This Motion is not solely made for the purpose of delay, but so that justice may be served.

WHEREFORE, Defendant prays that this Court enter an Order granting this Motion.

> Respectfully submitted.
>
> /s/ ANTHONY F. SABATINI
> FL Bar No. 1018163
> anthony@sabatinilegal.com
> SABATINI LAW FIRM, P.A.
> 411 N DONNELLY ST, STE #313
> MOUNT DORA, FL 32757
> T: (352)-455-2928
> *Attorney for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2024, I filed the foregoing using the CM/ECF system which will give electronic notification to all attorneys of record.

/s/ Anthony F. Sabatini
ANTHONY F. SABATINI

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**                §
                                            §

2

| | | |
|---|---|---|
| **V.** | § | **CAUSE: NO. 21-CR-327** |
| | § | |
| **LUKE RUSSELL COFFEE** | § | |
| | § | |

## ORDER

On this _____ day of _____, 2023, came on to be heard the Defendant's Unopposed Motion for Continuance of Trial on August 21, 2023 and pre-trial filing deadlines; having read the Motion and considered same, is of the opinion that such Motion should be GRANTED/DENIED.

_____
**HONORABLE RUDOLPH CONTRERAS**
**United States District Judge**