UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | Case No.: 1:23-cr-070 (CJN) |
| JESSE JAMES RUMSON | § § § | |

## MOTION FOR CONTINUANCE OF TRIAL – AMENDED - ERRATA

Defendant, by and through his undersigned Attorney, files this Motion for Continuance of Trial and in support of the same respectfully states:

I.

Defendant's Counsel requests a continuance of the Trial, currently set for April 22, 2024.  Defendant's Counsel entered an appearance on this case on March 7, 2024 and needs additional time for investigation, motions, review of discovery, review of relevant video, locating witnesses, and preparation for trial.  Defendant requests a **90 day continuance**.  Opposing Counsel is opposed to this Motion.  This Motion is not solely made for the purpose of delay, but so that justice may be served.

WHEREFORE, Defendant prays that this Court enter an Order granting this Motion.

Respectfully submitted.

/s/ ANTHONY F. SABATINI
FL Bar No. 1018163
anthony@sabatinilegal.com
SABATINI LAW FIRM, P.A.
411 N DONNELLY ST, STE #313
MOUNT DORA, FL 32757
T: (352)-455-2928
*Attorney for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2024, I filed the foregoing using the CM/ECF system which will give electronic notification to all attorneys of record.

/s/ Anthony F. Sabatini