# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | Case No.: 1:23-cr-070 (CJN) |
| JESSE JAMES RUMSON | § § § | |

## ERRATA

Defendant, by and through undersigned counsel, submits a corrected version of the Motion for Continuance ECF No. 59, with the following errata:

1. Deletion text below the Certificate of Service, which was the text of a proposed order accidently included.

> Respectfully submitted.
>
> /s/ ANTHONY F. SABATINI
> FL Bar No. 1018163
> anthony@sabatinilegal.com
> SABATINI LAW FIRM, P.A.
> 411 N DONNELLY ST, STE #313
> MOUNT DORA, FL 32757
> T: (352)-455-2928
> *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2024, I filed the foregoing using the CM/ECF system which will give electronic notification to all attorneys of record.

> /s/ Anthony F. Sabatini

1