UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESSE JAMES RUMSON,<br><br>Defendant. | Case No. 1:23-cr-70 (CJN) |

**GOVERNMENT'S MOTION FOR
EXTENSION OF TIME TO FILE A RESPONSE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests this court to extend the government's time to file a response to the defendant's Motion to Compel Discovery, ECF 52, from March 15 to March 22, 2024, if the need to file a response is not obviated at the March 19 status hearing. On March 11, 2024, government counsel spoke with Mr. Anthony Sabatini, who entered his notice of appearance in this case on March 7, 2024. *See* ECF 56. Following that conversation, Mr. Sabatini informed the government via e-mail that he intends to withdraw the pending discovery motion. On March 13, 2024, in response to the government's motion for a status hearing to discuss the appointment of new counsel, ECF 58, the Court set a status hearing for March 19, 2024.

The government respectfully requests this court to extend the government's time to file a response to the defendant's Motion to Compel, ECF 52, to March 22, 2024. The defense does not oppose the government's request.

\*       \*       \*

\*   \*   \*

                Respectfully submitted,
                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

By:     */s/ Samantha R. Miller*
                SAMANTHA R. MILLER
                Assistant United States Attorney
                New York Bar No. 5342175
                United States Attorney's Office
                For the District of Columbia
                601 D Street, NW 20530
                Samantha.Miller@usdoj.gov

                */s/ Sean P. McCauley*
                SEAN P. McCAULEY
                Assistant United States Attorney
                NY Bar No. 5600523
                United States Attorney's Office
                601 D Street NW
                Washington, DC 20530
                Sean.McCauley@usdoj.gov