# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>    v.<br><br>JESSE JAMES RUMSON,<br><br>    *Defendant*. | Criminal Action No. 1:23-cr-070 (CJN) |

## REVISED SCHEDULING ORDER

A bench trial is set to commence in this matter on **May 13, 2024**, at 9:00 a.m. in Courtroom 17.  The following deadlines shall govern pretrial proceedings:

1. All pretrial motions (including motions in limine and motions dismiss the indictment or other motions to exclude evidence) shall be filed by **April 19, 2024**; oppositions shall be filed on or before **April 26, 2024**; and replies shall be filed on or before **May 1, 2024**.

2. The Parties shall meet and confer before filing any motion to discuss whether any issues presented by the motion can be resolved by agreement of the Parties.

3. Counsel shall appear on **May 2, 2024**, at 11:00 a.m., in Courtroom 17 for a pretrial conference and, if necessary, a hearing on pending motions.

4. The United States shall notify Defendants of its intention to introduce any Rule 404(b) evidence not already disclosed on or before **April 26, 2024**.

5. The United States should endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief on or before **April 26, 2024**.  Any *Brady* material not already disclosed also must be disclosed by this date.

6. On or before **May 6, 2024**, counsel shall file a Joint Pretrial Statement that contains the following:

   a. <u>Proposed bench instructions</u>: The Parties shall submit a list of proposed bench instructions, followed by the text of each proposed instruction, that indicates:

      i. the instructions on which the Parties agree; and

      ii. the instructions on which the Parties disagree, with specific objections noted below each disputed instruction, and the proposed instruction's source including supporting legal authority.

   b. <u>List of witnesses</u>: The Parties shall identify the witnesses that each side anticipates it may call in its case-in-chief, divided into the following categories:

      i. witnesses who will be called to testify at trial;

      ii. witnesses who may be called to testify at trial; and

      iii. witnesses whose testimony a Party will present by deposition or other prior testimony, indicating whether the presentation will be by transcript or video.

      In the list, each witness name should be accompanied by a brief description of each witness's expected testimony and area of expertise, if applicable, followed by specific objections, if any, to each witness.

   c. <u>Exhibit lists</u>: The Parties shall include an exhibit list that each side anticipates it may introduce in its case-in-chief.  The Parties need not list any exhibit that might be used for purposes of impeachment.  The Parties

should confer with Courtroom Deputy Courtney Moore about the format of the exhibit list.  The Parties should not provide a copy of the exhibits to the Court but must exchange pre-marked exhibits.  The Parties shall meet and confer about all exhibits to discuss anticipated objections and stipulations for admission before submission of the Joint Pretrial Statement.

    d. <u>Stipulations</u>:  The Parties shall submit a draft of all stipulations.

7. Each Party shall deliver to the Court and opposing counsel, in electronic format (either by disc or thumb drive), a copy of all of its exhibits, marked by exhibit number, by **May 8, 2024**, except that exhibits not readily available in electronic format (e.g., the exhibit is a physical object, not a document, video, or audio) need not be submitted.  The delivery of exhibits in electronic format to the Court and opposing counsel is to aid the Court and the parties in preparing for the presentation of evidence at trial, and it does supplant Local Criminal Rule 56.2.

8. In addition to filing the Joint Pretrial Statement, on **May 8, 2024**, the Parties shall transmit, in Word format, an electronic copy of the draft legal instructions by email to the Courtroom Deputy Ms. Courtney Moore at Courtney_Moore@dcd.uscourts.gov.

It is so **ORDERED**.

DATE:  April 12, 2024

                                                              CARL J. NICHOLS
                                                              United States District Judge