**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | Case No.: 1:23-cr-70 (CJN) |
| JESSE JAMES RUMSON | § § § | |

## MOTION TO WITHDRAW DOCUMENTS

Defendant, by and through his undersigned attorney, files this Motion to Withdraw Documents; namely, previous Motions numbered: ECF 27, 30, 42, 43, 46, and 52.

Defendant leaves pending one Motion: ECF 28.

DATED: 4-29-24.

        Respectfully submitted.

        /s/ ANTHONY F. SABATINI
        FL Bar No. 1018163
        anthony@sabatinilegal.com
        SABATINI LAW FIRM, P.A.
        411 N DONNELLY ST, STE #313
        MOUNT DORA, FL 32757
        T: (352)-455-2928
        Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on 4-29-24 I filed the foregoing using the CM/ECF system which will give electronic notification to all attorneys of record.

        /s/ Anthony F. Sabatini