*United States v. Rumson* - 23-cr-00070-CJN
**Government Exhibit List - May 6, 2024**

| Govt Ex. No. | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent Into Jury (date & time) |
|---|---|---|---|---|---|
| **100 Series** | **General Capitol** | | | | |
| 101 | Ex. 101 - Restricted Perimeter.pdf | | | | |
| 102 | Ex. 102 - Aerial Capitol photo.pdf | | | | |
| 103 | Ex. 103 - House Recording Video Certification DOJ affidavit.pdf | | | | |
| 104 | Ex. 104 - Diego Torres, Certificate of Authenticity, Senate Recording.pdf | | | | |
| 105 | Ex. 105 - Senate Concurrent Resolution 1.pdf | | | | |
| 106 | Ex. 106 - 3 USC 15.pdf | | | | |
| 107 | Ex. 107 - 3 USC 16.pdf | | | | |
| 108 | Ex. 108 - 3 USC 17.pdf | | | | |
| 109 | Ex. 109 -3 USC 18.pdf | | | | |
| 110 | Ex. 110 - Constitution, amd 12.pdf | | | | |
| 111 | Ex. 111 - Congressional record CREC-2021-01-06.pdf | | | | |
| 112 | Ex. 112 - USSS-1 - Notification to USCP.pdf | | | | |
| 112.1 | Ex. 112.1 - USSS HOS Notification - Vice President Pence 01.06.21 (REDACTED).pdf | | | | |
| 113 | Ex. 113 - Image of U.S. Capitol prior to riot with bike racks and area closed signs4.pdf | | | | |
| 113.1 | Ex. 113.1- Image of U.S. Capitol prior to riot with bike racks and area closed signs4.pdf | | | | |
| 113.2 | Ex. 113.2 - Image of U.S. Capitol prior to riot with bike racks and area closed signs4.pdf | | | | |
| 113.3 | Ex. 113.3 - Image of U.S. Capitol prior to riot with bike racks and area closed signs4.pdf | | | | |
| 113.4 | Ex. 113.4 - Image of U.S. Capitol prior to riot with bike racks and area closed signs4.pdf | | | | |

*United States v. Rumson*  - 23-cr-00070-CJN
**Government Exhibit List - May 6, 2024**

| Govt Ex. No. | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent Into Jury (date & time) |
|---|---|---|---|---|---|
| 114 | Ex. 114 - USCP 6 Minute Montage with Radio Runs.mp4 | | | | |
| 115 | Ex. 115 - House and Senate Official Proceeding Video.mp4 | | | | |
| 116 | Ex. 116 - Still images V.P. Pence presiding.pdf | | | | |
| 117 | Ex. 117 - Map of First Floor of Capitol.pdf | | | | |
| 118 | Ex. 118 - Map of Second Floor of Capitol.pdf | | | | |
| 119 | Ex. 119 - Annotated Map.pdf | | | | |
| 120 | Ex. 120 - Parliamentarian door pic.pdf | | | | |
| 121 | Ex. 121 - Closure of West Front Order.pdf | | | | |
| 122 | Ex. 122 - U.S. Capitol & Grounds 3D Rendering.pdf | | | | |
| 123 | Ex. 123 - West front timelapse.mp4 | | | | |
| 124 | Ex. 124 - Placeholder for additional Exhibits | | | | |
| | | | | | |
| **200 Series** | **Misc & Stips** | | | | |
| 201 | Ex. 201 - Video of then-President Trump Speech.mp4 | | | | |
| 201.1 | Ex. 201.1 - CSPAN Footage of Trump Speech [600 to 711].mp4 | | | | |
| 201.2 | Ex. 201.2 - CSPAN Footage of Trump Speech [1520 to 1620].mp4 | | | | |
| 201.3 | Ex. 201.3 - CSPAN Footage of Trump Speech [3724 to 3802].mp4 | | | | |
| 201.4 | Ex. 201.4 - CSPAN Footage of Trump Speech [4936 to 4957].mp4 | | | | |
| 202 | Ex. 202 - Transcript of Trump Speech | | | | |
| 203 | Ex. 203 - Ex.ecuted Joint Stipulations | | | | |
| 204 | Ex. 204 - Placeholder for additional Exhibits | | | | |

*United States v. Rumson* - 23-cr-00070-CJN
**Government Exhibit List - May 6, 2024**

| Govt Ex. No. | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent Into Jury (date & time) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| **300 Series** | **CCTV & Senate** |  |  |  |  |
| 301 | Ex. 301 - USCS RF West Roof-2021-01-06-14h12min |  |  |  |  |
| 302 | Ex. 302 - NW Stairs - E USCG 00 ST22 Exterior-2021-01-06_14h24min00s000ms |  |  |  |  |
| 303 | Ex. 303 - NW Stairs - E USCG 00 Upper Terrace West-2021-01-06-14h20min00s000ms.asf |  |  |  |  |
| 304 | Ex. 304 - E USCG 00 Upper Terrace West-2021-01-06-14h25min00s000ms.asf |  |  |  |  |
| 305 | Ex. 305 - USCS 01 Senate Fire Door near S132-2021-01-06-14h39min00s000ms.asf |  |  |  |  |
| 306 | Ex. 306 - USCS 01 West Stairs S131-2021-01-06-14h42min00s000ms.asf-.asf |  |  |  |  |
| 307 | Ex. 307 - 2021-01-06-ISOCAM5-SENFL-1.mp4 |  |  |  |  |
| 308 | Ex. 308 - USCP CCTV – Senate Chamber Near S214 at 300 p.m.mp4 |  |  |  |  |
| 309 | Ex. 309 - CCTV Motorcade Moving East Side of the Cap.mp4 |  |  |  |  |
| 310 | Ex. 310 - CCTV evacuation of VP Pence.mp4 |  |  |  |  |
| 311 | Ex. 311 - USCP Radio Runs.mp4 |  |  |  |  |
| 312 | Ex. 312 - USCP Radio Runs Transcript.pdf |  |  |  |  |
| 313 | Ex. 313 - USCS 01 West Stairs S131-2021-01-06-14h45min00s000ms.asf |  |  |  |  |
| 314 | Ex. 314 - USCS 01 West Stairs S131-2021-01-06_14h55min00s000ms.asf |  |  |  |  |
| 315 | Ex. 313 - 0102 I USCS 01 Senate Wing Door near S139-2021-01-06_15h45min00s000ms |  |  |  |  |
| 316 | Ex. 316 - E USCG 00 Upper Terrace West-2021-01-06_16h10min00s000ms.asf |  |  |  |  |
| 317 | Ex. 317 - Placeholder for additional Exhibits |  |  |  |  |

## *United States v. Rumson* - 23-cr-00070-CJN
## Government Exhibit List - May 6, 2024

| Govt Ex. No. | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent Into Jury (date & time) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| **400 Series** | **Third Party & Open Source Evidence** |  |  |  |  |
| 401 | Ex. 401 - Rumson Rally 1.jpg |  |  |  |  |
| 402 | Ex. 402 - Facebook trev.nolan.7 video.mp4 |  |  |  |  |
| 403 | Ex. 403 - Clip-eStar TV Live 1_6 001 Streets of Washington DC.mp4-.mp4 |  |  |  |  |
| 404 | Ex. 404 - LWT Near Scaffolding.mpeg4 |  |  |  |  |
| 404.1 | Ex. 404.1 - LWT Near Scaffolding - Hager Trial - 20210106_141236.mp4 |  |  |  |  |
| 405 | Ex. 405 - Facebook bob.perkins.944023 video.mp4 |  |  |  |  |
| 405.1 | Ex. 405.1 - TikTok moral_upheaval.mp4 |  |  |  |  |
| 406 | Ex. 406 - Parliamentarian Door Breach 1.mp4 |  |  |  |  |
| 407 | Ex. 407 - Parliamentarian Door Breach 2.mpeg4 |  |  |  |  |
| 408 | Ex. 408 - Parliamentarian Door Breach 3.mpeg4 |  |  |  |  |
| 409 | Ex. 409 - Parliamentarian Door Breach 4 + NW Courtyard Rumble.mp4 |  |  |  |  |
| 410 | Ex. 410 - Parliamentarian Door Breach 5_Getty Images 1441.jpg |  |  |  |  |
| 411 | Ex. 411 - Rumson in Headpiece (video middle)- LK Cellular phone video.mp4 |  |  |  |  |
| 412 | Ex. 412 - Brumidi Corrdidor Gettyimages-1230455886-2048x2048.jpg |  |  |  |  |
| 413 | Ex. 413 - Brumidi Corridor Open Source.avi |  |  |  |  |
| 414 | Ex. 414 - Rumson Wearing Panda Headpiece Inside.JPG |  |  |  |  |
| 415 | Ex. 415 - Rumson without Headpiece - Getty Images 1443.jpg |  |  |  |  |
| 416 | Ex. 416 - Brumidi Corridor Getty Images 1444.jpg |  |  |  |  |
| 417 | Ex. 417 - Brumidi Corridor Gettyimages-1230456037-2048x2048.jpg |  |  |  |  |

*United States v. Rumson* **- 23-cr-00070-CJN**
**Government Exhibit List - May 6, 2024**

| Govt Ex. No. | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent Into Jury (date & time) |
|---|---|---|---|---|---|
| 418 | Ex. 418 - Brumidi Corridor - Rioters Engage w USCP.mp4 | | | | |
| 419 | Ex. 419 - USCP Detaining - C. Walters Cell 2269_1 | | | | |
| 419.1 | Ex. 419.1 - USCP Detaining Open Source.mp4 | | | | |
| 420 | Ex. 420 - USCP Detaining Gettyimages-1230455707-2048x2048.jpg | | | | |
| 421 | Ex. 421 - Rumson Exits Cap -EMOLLI_MVI_2403.MP4 | | | | |
| 422 | Ex. 422 - Cuffs Removal OrtizCapitolPhotos_DSCF5617.jpg | | | | |
| 423 | Ex. 423 - Cuffs Removal OrtizCapitolPhotos_DSCF5618.jpg | | | | |
| 424 | Ex. 424 - Cuffs Removal OrtizCapitolPhotos_DSCF5619.jpg | | | | |
| 425 | Ex. 425 - Cuffs Removal OrtizCapitolPhotos_DSCF5620.jpg | | | | |
| 426 | Ex. 426 - Cuffs Removal OrtizCapitolPhotos_DSCF5621.jpg | | | | |
| 427 | Ex. 427 - Cuffs Removal OrtizCapitolPhotos_DSCF5622.jpg | | | | |
| 428 | Ex. 428 - Cuffs Removal OrtizCapitolPhotos_DSCF5623.jpg | | | | |
| 429 | Ex. 429 - Get a Ram - Americans Breaking Into The Capital Building!!! (1).mp4 | | | | |
| 430 | Ex. 430 - Celebration - Join us - Doing this for you - Celebration at Capitol Bldg.mp4 | | | | |
| 431 | Ex. 431 - Join us Chant - Trump Wild Rally Washington D.C.mp4 | | | | |
| 432 | Ex. 432 - Rumson Assault Video 1 - Instagram.mp4 | | | | |
| 433 | Ex. 433 - Rumson Assault Video 2 - Parler Rc Parker71 Clip.mp4 | | | | |
| 434 | Ex. 434 - Rumson Assault Video 3 & after dream floral - YouTube.mp4 | | | | |

*United States v. Rumson*  - 23-cr-00070-CJN
**Government Exhibit List - May 6, 2024**

| Govt Ex. No. | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent Into Jury (date & time) |
|---|---|---|---|---|---|
| 435 | Ex. 435 - Assault Photo - GettyImage.jpg | | | | |
| 436 | Ex. 436 - Rumson going north - Trump Wild Rally Washington D.C.mp4 | | | | |
| 437 | Ex. 437 - Trump supporters climb over Capitol walls.mp4 | | | | |
| 438 | Ex. 438 - Rumson on North Terrace.jpg | | | | |
| 439 | Ex. 439 - Facebook Fox32Chicago Clip.mp4 | | | | |
| 440 | Ex. 440 - 2023.09.11 - Rumson Speech - Club 45 Citrus County Florida.mp4 | | | | |
| 441 | Ex. 441 - 2023.09.23 - Rumson at Citrus County Auditorium - Rumble.mp4 | | | | |
| 442 | Ex. 442 - 2023.10.08 - Rumson Speech - Rod of Iron Freedom Festival 2023 Day 2.mp4 | | | | |
| 443 | Ex. 443 - 2023.10.03 Interview - Rumble - Sedition Panda_10-03-2023.mp4 | | | | |
| 444 | Ex. 444 - 2023.10.13 - Sumrall Interview - Discussion Island Episode 92 Jesse Rumson.mp4 | | | | |
| 445 | Ex. 445 - 2024.01 Laura Loomer Interview - Pierce - Rumson.mp4 | | | | |
| 446 | Ex. 446 - 2024.03.16 Rumson Speech - Rod of Iron Freedom Festibal 2024.mp4 | | | | |
| 447 | Ex. 447 - Citrus County Comm Docs.pdf | | | | |
| 448 | Ex. 448 - March 2024 Freedom Festival Schedule.pdf | | | | |
| 449 | Ex. 449 - Placeholder for additional Exhibits | | | | |
| | | | | | |

*United States v. Rumson*  - 23-cr-00070-CJN
**Government Exhibit List - May 6, 2024**

| Govt Ex. No. | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent Into Jury (date & time) |
|---|---|---|---|---|---|
| **500 Series** | **Body-Worn Camera Footage** | | | | |
| 501 | Ex. 501 - Boyd.X6039BFRK_BWC.mp4 | | | | |
| 502 | Ex. 502 - Leano.X6039B9WG_BWC.mp4 | | | | |
| 503 | Ex. 503 - Veizaj.X6039BCMP_BWC.mp4 | | | | |
| 504 | Ex. 504 - Foskett.X6039BD5P_BWC.mp4 | | | | |
| 505 | Ex. 505 - Reisinger.X6039B92F_BWC.mp4 | | | | |
| 506 | Ex. 506 - Placeholder for additional Exhibits | | | | |
| | | | | | |
| **600 Series** | **Physical, Search Warrant, Custodial Interview Evidence** | | | | |
| 601 | Ex. 601 - Pair of camo green and brown pants | | | | |
| 602 | Ex. 602 - Sweatshirt jacket; gray, black and maroon | | | | |
| 603 | Ex. 603 - Interview RM 154_02-27-2023_24474.wmv | | | | |
| 604 | Ex. 604 - Audio Only Interview RM 154_02-27-2023.WMA | | | | |
| 605 | Ex. 605 - Custodial Interview Attachments - Serial_46_Attachments.pdf | | | | |
| 606 | Ex. 606 - Receipt for Proeprty - 0176-JK-3496432_0000043_Import.pdf | | | | |
| 607 | Ex. 607 - Placeholder for additional Exhibits | | | | |

*United States v. Rumson* - 23-cr-00070-CJN
**Government Exhibit List - May 6, 2024**

| Govt Ex. No. | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent Into Jury (date & time) |
|---|---|---|---|---|---|
| **700 Series** | **Safeway and Curfew Evidence** | | | | |
| 701 | Ex. 701 - 142818 PM EST National Curfew Text Message.pdf | | | | |
| 702 | Ex. 702 - 193602 PM EST National Curfew Text Message.pdf | | | | |
| 703 | Ex. 703 - Bowser Emergency Altert - DCHS Tweet.pdf | | | | |
| 704 | Ex. 704 - FEMADC DHS Certificate of Authenticity .pdf | | | | |
| 705 | Ex. 705 - Safeway Early Closure Notice for Washington DC stores 1-6-21.pdf | | | | |
| 706 | Ex. 706 - Safeway Mid-Atlantic Daily Sales Report for Washington DC stores 1-5-21 to 1-7-21.pdf | | | | |
| 707 | Ex. 707 - Safeway Warehouse Shipments Lancaster, PA to Washington, DC stores 1-3-21 to 1-9-21.pdf | | | | |
| 708 | Ex. 708 - Safeway, Inc. Certificate of Authenticity.pdf | | | | |
| 709 | Ex. 709 - Mayor Bowser Curfew Order.pdf | | | | |
| 710 | Ex. 710 - Placeholder for additional Exhibits | | | | |
| | | | | | |

*United States v. Rumson* - 23-cr-00070-CJN
**Government Exhibit List - May 6, 2024**

| Govt Ex. No. | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent Into Jury (date & time) |
|---|---|---|---|---|---|
| **800 Series** | **Enhanced Exhibits** | | | | |
| 801 | Ex. 801 - Enhanced Ex. 402 - Facebook trev.nolan.7 video - rotated.mp4 | | | | |
| 802 | Ex. 802 - Enhanced Ex. 404 - Near scaffolding - Zoomed - Slowed.mp4 | | | | |
| 803 | Ex. 803 - Enhanced Ex 303 - NW Stairs CCTV.mp4 | | | | |
| 804 | Ex. 804 - Synched Ex. 305-306 - Parliamentarian Breach.mp4 | | | | |
| 805 | Ex. 805 - Enhanced Ex. 419.1 Zoomed In - USCP Detaining Open Source.mp4 | | | | |
| 806 | Ex. 806 - Enhanced Ex. 413 - Lightened Brumidi Corridor Open Source.avi | | | | |
| 807 | Ex. 807 - Enhanced Ex. 418 - Lightened Brumidi Corridor - Rioters Engage w USCP.mp4 | | | | |
| 808 | Ex. 808 - Zoomed - Lightened Ex. 418 - Brumidi Corridor - Rioters Engage w USCP.mp4 | | | | |
| 809 | Ex. 809 - Enhanced Ex. 419 - Lightened - USCP Detaining - C. Walters Cell 2269_1 | | | | |
| 810 | Ex. 810 - Enhanced Ex. 432 - Rumson Assault Video 1 - Instagram_v01.mp4 | | | | |
| 811 | Ex. 811 - Enhanced Ex. 433 - Assault Rc Parker71.mp4 | | | | |
| 812 | Ex. 812 - Synched BWC of Assault.mp4 | | | | |
| 813 | Ex. 813 - Enhanced Ex. 315 - 4.12.57pm CCTV | | | | |
| 814 | Ex. 814 - Placeholder for additional Exhibits | | | | |