Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

United States of America
VS.
Jesse James Rumson

Civil/Criminal No. CR 23-070 (CJN)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| D 405.1 | TikTok moral_upheaval.mp4 | 5/13/24 | 5/13/24 | C. Mendoza | |
| D1 | CCTV Video | 5/14/24 | 5/14/24 | B. Smith | |
| D2 | CCTV Video | 5/14/24 | 5/14/24 | B. Smith | |
| D3 | CCTV Video | 5/14/24 | 5/14/24 | B. Smith | |